IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH BAKER and :
DAVID GREEN, : No. 1:18-cv-1366
    Plaintiffs :
 : (Judge Kane)
    v. :
 : (Magistrate Judge Carlson)
EUGENE LEITZEL, :
    Defendant :
 :

# ORDER

Before the Court in the above-captioned action is the July 11, 2018 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 2.) No timely objections have been filed. **ACCORDINGLY**, on this 31st day of July 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 2), of Magistrate Judge Carlson;

2. Plaintiffs' complaint is **DISMISSED** for lack of federal jurisdiction over Plaintiffs' claims, without prejudice to Plaintiffs' ability to assert their claims in state court; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania